IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE MONTANEZ, | : | |
| Plaintiff, | : | 3:14-cv-1362 |
| | : | |
| v. | : | (Judge Mariani) |
| | : | |
| MS. TRITT, *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this  2nd  day of April, 2015, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion for discovery, (Doc. 31), is **DEEMED WITHDRAWN** for failure to file a supporting brief. *See* M.D. Pa. Local Rule 7.5.

2. Plaintiff's motion to file a second amended complaint, (Doc. 32), is **DEEMED WITHDRAWN** for failure to file a supporting brief. *See* M.D. Pa. Local Rule 7.5.

3. Defendants' motion to stay discovery, (Doc. 34), is **GRANTED**. All discovery in this matter is stayed pending resolution of Defendants' pending motion to dismiss.

Robert D. Mariani
United States District Judge