IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSE MONTANEZ,
    Plaintiff,

v.

MS. TRITT, *et al.*,
    Defendants.

Civil No. 3:14-cv-1362

(Judge Mariani)

## ORDER

**AND NOW**, this 21ST day of September, 2015, upon consideration of Defendants' motion (Doc. 25) to dismiss, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion (Doc. 25) to dismiss is **GRANTED** in part and **DENIED** in part as follows:

    a. Plaintiff's claims against Superintendent Brenda Tritt are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate Superintendent Brenda Tritt as a party to this action.

    b. The motion to dismiss the claims against Lieutenant Joseph Hannon and Sergeant Reed is **DENIED**.

    c. Plaintiff's claims against the Defendants in their official capacities are **DISMISSED**.

2. Defendants Hannon and Reed are directed to file a responsive pleading within twenty-one (21) days of the date of this Order.

_____
Robert D. Mariani
United States District Judge