IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE MONTANEZ, | : | Civil No. 3:14-cv-1362 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| MS. TRITT, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 26th day of May, 2016, in accordance with the Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion to appoint counsel, (Doc. 56), is **DENIED** without prejudice.

2. The motion to compel discovery, (Doc. 61), is **GRANTED** in part and **DENIED** in part as discussed in the Court's accompanying Memorandum.

    a. The motion is **GRANTED** as to discovery requests 2, 3, 4, 5, 8, and 9. On or before June 27, 2016, Defendants shall provide full and complete responses to Plaintiff's discovery requests 2, 3, 4, 5, 8, and 9, subject to the exclusions and limitations explained in the accompanying Memorandum.

    b. The motion is **DENIED** as to discovery requests 1, 6, 7, and 10.

    c. The motion to compel is **DENIED** as to the interrogatories.

    d. The request for expenses is **DENIED**. See FED. R. CIV. P. 37(a)(5)(C).

    e. The request for an enlargement of time to complete discovery is **GRANTED**. All discovery shall be completed by August 26, 2016.

3. The motion for certification, (Doc. 52), is **DENIED**.

4. The motion to stay, (Doc. 57), is **DISMISSED** as moot.

Robert D. Mariani
United States District Judge