IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE MONTANEZ, | : | Civil No. 3:14-cv-1362 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| SUPERINTENDENT MS. TRITT, et al., | : | |
| Defendants | : | |

FILED
SCRANTON
SEP 20 2017
PER ___ DEPUTY CLERK

## ORDER

**AND NOW**, this 20th day of September, 2017, upon consideration of Defendants' motion (Doc. 81) for summary judgment, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion (Doc. 81) for summary judgment is **GRANTED**. Judgment shall be **ENTERED** in favor of Defendants Hannon and Reed, and against Plaintiff Jose Montanez.

2. The Clerk of Court is directed to **CLOSE** this action.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge